891 A.2d 727

**William KLEINICKE, Appellant**

v.

**The PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Feb. 21, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of February, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**

Justice BALDWIN did not participate in the consideration or decision of this case.